IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIAMOND KETCHENS**, *Plaintiff,* v. **VERIZON PENNSYLVANIA LLC,** *Defendant.* | **Case No. 2:22-cv-00270-JDW** |

### ORDER

**AND NOW**, this 20th day of May, 2022, upon consideration of Plaintiff Diamond Ketchens' Motion To Strike (ECF No. 14), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** AND **DENIED IN PART**, as follows:

1. Verizon's responses to paragraphs 15, 19, 23, 27, 28, 31, 40, and 42 in the Answer (ECF No. 12 at 3–8), are **STRICKEN WITHOUT PREJUDICE**;

2. Verizon's Fourth Affirmative Defense is **STRICKEN WITHOUT PREJUDICE**;

3. Consistent with the Court's Memorandum Opinion, on or before June 3, 2022, Defendant shall file an Amended Answer responding to those paragraphs and asserting only affirmative defenses that it has a good faith basis to assert; and

3. The remainder of the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**