UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIAMOND KETCHENS**, *Plaintiff,* v. **VERIZON PENNSYLVANIA LLC,** *Defendant.* | CIVIL ACTION NO.: 2:22-cv-00270 JDW<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, Diamond Ketchens ("Plaintiff"), by counsel, hereby advises the Court that the case has been settled. The parties are in the process of completing the final paperwork and anticipate promptly filing a dismissal with prejudice within the next 30 days.

Dated: July 1, 2022

Respectfully submitted,

By: */s/ Seth M. Lehrman*
Seth M. Lehrman *(admitted pro hac vice)*
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Telephone: 954-524-2820
seth@epllc.com

Max S. Morgan, Esquire (PA 316096)
THE WEITZ FIRM, LLC
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
Telephone: 267-587-6240
Facsimile 215-689-0875
max.morgan@theweitzfirm.com

John A. Love *(admitted pro hac vice)*
LOVE CONSUMER LAW
2500 Northwinds Parkway, Suite 330
Alpharetta, Georgia 30009
Telephone: 404-855-3600
tlove@loveconsumerlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2022, I electronically filed a true and correct copy of the forgoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to ECF-registered parties.

By: */s/ Seth M. Lehrman*
Seth M. Lehrman